OCEAN CITY ASSOCIATION, appellant,

*v.*

WILLIAM McCORMICK et al., respondents.

On appeal from a decree advised by Vice-Chancellor Bird, whose opinion is reported in *McCormick* v. *Ocean City Association, 18 Stew. Eq. 561.*

*Mr. David J. Pancoast,* for the appellant.

*Mr. John F. Harned,* for the respondents.

PER CURIAM.

Decree affirmed, for the reasons given in the court of chancery.

*For affirmance*—The Chief-Justice, Depue, Dixon, Garrison, Magie, Reed, Scudder, Van Syckel, Brown, Clement, Smith, Whitaker—12.

*For reversal*—None.